Justice Thomas,
with whom Justice Alito joins, concurring in part.
I agree with the Court’s disposition and most of its reasoning. Safeco did not send notices to new customers because it took the position that the initial insurance rate it offered a customer could not be an “increase in any charge for . . . insurance” under 15 U. S. C. § 1681a(k)(1)(B)(i). The Court properly holds that regardless of the merits of this interpretation, it is not an unreasonable one, and Safeco therefore did not act willfully. Ante, at 68-70. I do not join Part III-A of the Court’s opinion, however, because it resolves the merits of Safeco’s interpretation of § 1681a(k)(l)(B)(i)— an issue not necessary to the Court’s conclusion and not briefed or argued by the parties.